BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:11-cr-386-GGH |
| Plaintiff, | | ORDER SETTING RESTITUTION PAYMENTS |
| v. | | |
| PATTY DUTTER, | | |
| Defendant. | | |

The parties filed a stipulation and order  in this closed case seeking restitution payments to be made in the amount of $100.00 per month.  This amount will not approach the amount of restitution owed, and has not been presented to the probation officer for a modification of the terms and conditions of probation to add this specific amount.

Therefore, the parties shall submit their proposal to the assigned probation officer, and if the officer concurs in the stipulation, the undersigned will modify the terms and conditions of probation to include this amount.  Payments made pursuant to any

\\\\\

\\\\\

\\\\\

modification, however, will not forgive the debt owed except as to actual amounts paid.


    IT IS SO ORDERED.


Dated: August 3, 2012

                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE