| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DAVID A. PETERSEN<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-386-GGH |
| Plaintiff, | ) | ORDER SETTING RESTITUTION PAYMENTS |
| v. | ) | |
| PATTY JO DUTTER, | ) | |
| Defendant. | ) | |

It is hereby ordered that the defendant Patty Jo Dutter's conditions of probation be modified to add the condition that the Social Security Administration shall be paid $100 a month from benefits that the defendant would otherwise receive from the Social Security Administration, until restitution is fully paid.

IT IS SO ORDERED.

Dated: August 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE